NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000393
09-OCT-2019
08:24 AM

NO. CAAP-19-0000393


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


STATE OF HAWAIʻI, Plaintiff-Appellee, v.
JOHN SALE SALE, Defendant-Appellant


APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1DTA-18-02151)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By:  Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of Defendant-Appellant John Sale Sale's (Sale) September 17, 2019 Stipulation for Dismissal of Appeal, which the court construes as a motion to dismiss the appeal, the papers in support, and the record, it appears that (1) the appeal was docketed on July 11, 2019; (2) Sale seeks to dismiss the appeal; (3) the motion includes Sale's declaration showing he understands the consequences of voluntary dismissal, consistent with Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(c); and (4) dismissal is authorized by HRAP Rule 42(b) and (c).

Therefore, IT IS HEREBY ORDERED that the motion to dismiss the appeal is approved, and the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, October 9, 2019.

Chief Judge

Associate Judge

Associate Judge